AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

APR 1 4 2015

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Mario CRUZ-Becerra | ) | |
| YOB: 1986 | ) | **H15-469 M** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 6, 2015 _____ in the county of _____ Harris _____ in the
_____ Southern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846 | did knowingly conspire to intentionally possess with intent to distribute more than 500 grams of a mixture or substance containing a detectable amount of mehtamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached in support of a Criminal Complaint.

☑ Continued on the attached sheet.

Approved by: Anibal J. Alaniz
AUSA

*Complainant's signature*

Leo Gonzalez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 04/14/2015 _____

*Judge's signature*

City and state: _____ Houston, Texas _____

Frances H. Stacy, Magistrate Judge
*Printed name and title*

I, Leo Gonzalez, being first duly sworn, depose and state the following:

1. I am a Special Agent with U.S. Immigration and Customs Enforcement - Homeland Security Investigations (hereinafter "HSI"). I have been a sworn law enforcement officer with HSI since 2007. I have specialized knowledge of immigration and customs laws. I have gained this knowledge as a result of professional training and experience.

2. The information enumerated in the paragraphs below, furnished in support of this affidavit, is either personally known by me, or has been relayed to me by other federal agents or officers, state and local sworn law enforcement officers, or reliable witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, the affidavit may not contain every fact known to me during the course of the investigation.

3. On April 2, 2015, United States Customs and Border Protection (hereinafter "CBP") Officers assigned to the World Trade Bridge in Laredo, Texas, intercepted a United Parcel Service (hereinafter "UPS") package containing an air conditioning condenser (hereinafter "A/C condenser"). The package was selected for a more intrusive inspection due to it being an Automated Targeting System hit entered by the National Targeting Center. The A/C condenser was removed from the box and visually inspected by CBP Officers. The condenser was taken to the high energy x-ray by a certified operator, where a scan revealed an anomaly within the compressor. A CBP Officer drilled a hole into the compressor revealing a white powdery substance. A CBP Narcotic Detection Canine alerted to the presence of a controlled substance inside the compressor. The white powdery substance field tested positive for the properties of methamphetamine.

4. On April 3, 2015, HSI Houston Special Agents accepted custody of the A/C condenser from HSI Laredo Special Agents with the intent to execute a controlled delivery. The package that contained the A/C condenser was addressed to Mario CRUZ-Becerra (hereinafter "CRUZ"), 157 Hill, Houston, Texas 77037.

5. On April 3, 2015, HSI Houston Special Agents removed approximately six (6) kilograms of methamphetamine from the condenser, filled the condenser with dirt, and sealed it in an attempt to make it appear as it should during delivery.

6. On April 6, 2015, the Honorable Stephen Wm. Smith, United States Magistrate Judge signed an anticipatory search warrant for 157 Hill, Houston, Texas.

7. On April 6, 2015, at approximately 5:56 pm, an HSI Special Agent working in an undercover capacity delivered the UPS package to Saul Valle at 157 Hill, Houston, Texas. Saul Valle stated he would deliver the UPS package to CRUZ.

7   On April 6, 2015, at approximately 8:20 pm, HSI Special Agents along with other federal, state, and local law enforcement officers observed two male subjects

transport the A/C condenser from 157 Hill, Houston Texas to 1450 Warwick, Houston, Texas.  The A/C condenser was recovered from 1450 Warwick, Houston, Texas.

8    On April 13, 2015, HSI Houston Special Agents met with CRUZ at 157 Hill, Houston, Texas.  CRUZ was read his Miranda rights utilizing an Immigration and Customs Enforcement Statement of Rights Form.  CRUZ stated he understood his rights and waived his right to have an attorney present during questioning.

9    In his post Miranda statement CRUZ stated he was going to be paid between $200 and $250 to receive and hold the UPS package that contained the A/C condenser for another unidentified co-conspirator.  CRUZ stated he knew that the A/C condenser contained a controlled substance.

Leo Gonzalez
Special Agent
Homeland Security Investigations

Sworn and subscribed before me this 14 day of April 14, 2015 and I find probable cause.

Frances H. Stacy
UNITED STATES MAGISTRATE JUDGE